# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

Everett

State v.

Case # 458 - 2004 - CR - 00623

## EXHIBITS

OFFERED BY:

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| A | Proof of expired commercial contract |
| B | Proof of Decal Notice of Private Property |
| C | Email confirmation of compliance from Agency Agent |
| D | Reciept of vanity plates, created |
| E | US DOT Screenshot of Registration Private, Non-Commercial Property (3 pages) |
| F | Vanity Plate |
| 1 | Affidavit of Revocation, Recession and Surrender for good cause to DMV (6 pages) |
| 2 | Notice of Default Letter to DMV for Non-Response to Affidavit |
| 3 | Affidavit to invoke Right to Travel and Fee Schedule (16 pages) |
| 4 | Email late screenshot of Supplemental Narrative for Patrolman |
| 5 | Notice of Inquiry and/or Report of Detainment |
| 6 | Certificate of Registered Trade Name |
| 7 | Common Law Copywright Notice |
| 8 | Affidavit of Publication |
| 9 | Bill of Sale |

USDCNH-25 (2-96)

pg. 1/2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

Everett

State v.

Case # 458-2004-CR-00623

## EXHIBITS

OFFERED BY:

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| 10 | Oath of office: Todd H. Prevert  (2 pages) |
| 11 | Oath of office: Marc Frederick |
| 12 | Oath of office: Hans Chapman |
| 13 | Invoice from Dan's City Auto Body |
| 14 | Body cam of Marc Frederick |
| 15 | Body cam of Hans Chapman |
| 16 | Dashcam of Marc Frederick |
| 17 | Dashcam of Hans Chapman |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

USDCNH-25 (2-96)

pg. 2/2



State of New Hampshire    **REGISTRATION CERTIFICATE**    0634A2382490

Registration certificate not valid for title purposes. All resident taxes for which I am liable have been paid.

PLATE 2911332    TYPE PASS    CD 5    VSN 0846315    GVW 6000

MAKE MERZ    MODEL ML350    BDY STLA PURP    CLR BLK

YEAR 2010    F G    AXLES 2    LP NEW 48200    VIN 4JGBB8GB9AA601178

PP#    PP TYPE    SP#    SP TYPE

DOB/ID LAST NAME SUFFIX FIRST NAME M

08/21/1972 EVERETT JOSEPH L

O W N E R S

RENEWAL REGISTRATION

18AUG2021 5008.0001 0634 8613 1 $55.20

E X P    08/31/2022

N.H.S.D. - M.V.
OFFICIAL DIRECTOR
VALIDATION # 3124

NOT VALID WITHOUT DIRECTOR'S SEAL

ATTENTION:
RSA 266:1 IV provides that newly registered vehicles and vehicles of which the ownership has been transferred must be inspected within 10 consecutive days of the registration date stamped on the registration certificate. If a new vehicle is purchased at retail from a licensed dealer the vehicle must be inspected no later than 20 days after the date of transfer.

RDMV 344 (Rev 08/18)    OWNER'S COPY

LEGAL ADDRESS
154 SAGAMORE ST APT 1
MANCHESTER NH 03104-3217

**JOSEPH L EVERETT**
154 SAGAMORE ST APT 1
MANCHESTER NH 03104-3217

X

(THIS APPLICATION IS SIGNED AND ANY ADDITIONAL INFORMATION IS OFFERED UNDER PENALTY OF UNSWORN FALSIFICATION PURSUANT TO RSA 641:3)

For Commercial Motor Vehicles Only:
By signing this form, I certify knowledge of applicable federal and state motor carrier safety regulations and laws adopted by the State of New Hampshire.

RETAIN FOR TAX PURPOSES

**STATE FEES**

| | |
|---|---|
| REGISTRATION | $55.20 |
| TITLE | $0.00 |
| **TOTAL** | **$55.20** |

**MUNICIPAL FEES**

| | |
|---|---|
| MOS/MILLS 12 3 | $145.00 |
| AGENT | $3.00 |
| CLERK | $2.00 |
| DPF | $1.00 |
| PARKING TRUST | $2.00 |
| TRANSPORTATION | $5.00 |
| WASTE | $3.00 |
| **TOTAL** | **$161.00** |

MUNICIPAL COMMENT:

Pursuant to RSA 261:55, the Director must be notified in writing within 30 days when moving from the address printed on this certificate.

Exhibit B



# NOTICE

**PRIVATE PROPERTY**

**NOT FOR COMMERCE**

**HOUSEHOLD GOODS**

**LIABILITY IS ASSUMED BY TRAVELERS**

**NO DRIVERS WITHIN**

**UNLAWFUL SEARCHES & SEIZURES**

**WILL NOT BE TOLERATED**

**ID IS REQUIRED FOR ANY DEMAND OF ID**

**COUNSEL MUST BE PRESENT FOR QUESTIONING**

**PROTECTED BY TITLE 42 USC**

🔍 Search messages

☐ ▾           All   Read   Unread   Has file   ≡↓

| | | |
|---|---|---|
| FS | **FMCSA Customer Service** | Aug 1 |
| | Submitted from Web - 08/01/2024 05:59 PM ... | |
| E | **EITA** | Aug 1 |
| | Order Updated | |
| FS | **FMCSA Customer Service** | Aug 1 |
| | Submitted from Web - 08/01/2024 05:28 PM ... | |
| FS | **FMCSA Customer Service** | Aug 1 |
| | USDOT - MCS - 150 Update [Incident: 24080... | |
| FS | **FMCSA Customer Service** | Jul 25 |
| | USDOT - MCS - 150 Update [Incident: 24072... | |
| CB | **Cassada, Brandy, mindevolution** | Jun 26 |
| | [6] Confirmation | |
| M | **mindevolution, Tanawah Downing** | Jun 6 |
| | [2] Affidavit | 📎 |
| | 📄 Affidavit For C...pdf   📄 Affidavit For C...pdf  +1 | |
| US | **U.S. Postal Service** | May 13 |
| | Your USPS Change-of-Address - End of Mag... | |
| D | **DO_NOT_REPLY_DCIS@delaware.gov** | Apr 30 |
| | Payment Verification Notice for Amount of $... | |
| P | **payments@delawareinc.com** | Apr 9 |
| | [2] LLC/LP Franchise Tax Reminder | |
| US | **U.S. Postal Service** | Mar 30 |
| | Your USPS Change-of-Address has been pro... | |
| US | **U.S. Postal Service** | Mar 29 |
| | Your USPS Change-of-Address Confirmation | |
| DG | **Demetrius Marwin Holder P. A. G.** | Mar 4 |
| | Trust Declaration | 📎 |
| | �W DECLARATION ... ocx | |
| | **Universal Life Church Ministries** | Jan 29 |
| | Your Order from Universal Life Church | |

## [6] Confirmation

mindevolution                    ☆ ◁ Jun 21

↩ Cassada, ...                   ☆ 📥 📎 Jun 24

mindevolution                    ☆ ◁ 📎 Jun 25

                                         ✅

**From**  ↩ 🔒 Cassada, B...  ☆ 🗁 📎 Jun 25

**To**    mindevolution                    ⌄

✉  🗑  📥  🏷  🔻  ⋯

↩  ↩  ➡

Hello Joseph,

Thank you for providing me the information necessary to access your DMV record.

I can confirm that your photo along with your signature have been removed from our system. I did check with the Director's Office with your concern regarding the decal. As this is out of my realm of expertise, and have no knowledge of a decal , I advise you to reach out to that office directly at DOS.DMV.ADMIN@DOS.NH.GOV or 603-227-4050 for follow up. This office would also confirm whether the registered mail document you refer to was received or not.



# Etsy

**Order #3382748658**



Purchased from
**PrintlabzUSA** on Aug 5, 2024

**Your Design - Custom Logo, Text, Image - 6 x 12 Inch Aluminum Vanity License Plate**
Transaction #4198783243
Quantity: 1
No returns or exchanges accepted

Price                                                              $22.99

**Payment Method**
PayPal
Paid on Aug 5, 2024

**Applied Discounts**
THANKYOU: 10% off

| | |
|---|---|
| Item Total | $22.99 |
| Shop Discount | -$2.30 |
| Subtotal | **$20.69** |
| Shipping | $0.00 |
| Order Total | **$20.69** |

## Order Notes



**Note from Deal Fest**
*There's no note from Deal Fest*



**Your note to Deal Fest**
*You did not add a note*



⊙ USDOT Number ◌ MC/MX Number ◌ Name

Enter Value: 4151103

Search

*Company Snapshot*
**OBSIDIAN LEGACY EXPRESS TRUST**
USDOT Number: 4151103

## ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

Other Information for this Carrier

▼ SMS Results

▼ Licensing & Insurance

**USDOT Status**

- **ACTIVE**: The entity's US DOT number is active.
- **INACTIVE**: Inactive per 49 CFR 390.19(b)(4); biennial update of MCS-150 data not completed.
- **OUT-OF-SERVICE**: Carrier is under any type of out-of-service order and is not authorized to operate.

**Operating Authority Status**

- **AUTHORIZED FOR { Passenger, Property, HHG }**: This will list the specific operating authorities the carrier (or broker) is allowed to operate.
- **NOT AUTHORIZED**: The entity does not have any operating authority and/or is not authorized to engage in interstate, for-hire operations.
        *Please Note: **NOT AUTHORIZED** does not apply to **Private** or Intrastate operations.
- **OUT-OF-SERVICE**: Carrier is under any type of out-of-service order and is not authorized to operate.

*Out of Service Date*
Indicates the date the company was ordered Out of Service. If there are multiple Out of Service orders, the earliest date will be displayed.

Please note:If there are multiple Out-of-Service orders, the earliest date will be displayed.

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**.

**The information below reflects the content of the FMCSA management information systems as of 09/02/2024. Carrier VMT Outdated.**

| USDOT INFORMATION | | | |
|---|---|---|---|
| **Entity Type:** | CARRIER | | |
| **USDOT Status:** | ACTIVE | **Out of Service Date:** | None |
| **USDOT Number:** | 4151103 | **State Carrier ID Number:** | |
| **MCS-150 Form Date:** | 08/01/2024 | **MCS-150 Mileage (Year):** | |
| OPERATING AUTHORITY INFORMATION | | | |
| **Operating Authority Status:** | NOT AUTHORIZED | | |
| | *Please Note: **NOT AUTHORIZED** does not apply to Private or Intrastate operations. | | |
| | For Licensing and Insurance details click here. | | |
| **MC/MX/FF Number(s):** | | | |
| COMPANY INFORMATION | | | |
| **Legal Name:** | OBSIDIAN LEGACY EXPRESS TRUST | | |
| **DBA Name:** | JOSEPH LAMOND EVERETT | | |
| **Physical Address:** | 154 SAGAMORE ST MANCHESTER, NH  03104 | | |
| **Phone:** | (603) 820-9632 | | |
| **Mailing Address:** | 1 HARDY RD PMB 312 BEDFORD, NH  03110 | | |
| **DUNS Number:** | -- | | |
| **Power Units:** | 3 | **Drivers:** | 4 |
| **Operation Classification:** | | | |

| | | |
|---|---|---|
| Auth. For Hire | x Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | Migrant | Local Gov't |
| x Private(Property) | U.S. Mail | Indian Nation |
| Priv. Pass. (Business) | Fed. Gov't | |

**Carrier Operation:**

| | | |
|---|---|---|
| x Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |

**Cargo Carried:**

| | | |
|---|---|---|
| General Freight | Liquids/Gases | Chemicals |
| x Household Goods | Intermodal Cont. | Commodities Dry Bulk |
| Metal: sheets, coils, rolls | x Passengers | Refrigerated Food |
| Motor Vehicles | Oilfield Equipment | Beverages |
| Drive/Tow away | Livestock | Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| Building Materials | Coal/Coke | Agricultural/Farm Supplies |
| Mobile Homes | Meat | Construction |
| Machinery, Large Objects | Garbage/Refuse | Water Well |
| Fresh Produce | US Mail | |

### ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

**US Inspection results for 24 months prior to: 09/02/2024**

Total Inspections: 0
Total IEP Inspections: 0
Note: Total inspections may be less than the sum of vehicle, driver, and hazmat inspections. Go to Inspections Help for further information.

| | | Inspections: | | |
|---|---|---|---|---|
| Inspection Type | Vehicle | Driver | Hazmat | IEP |
| Inspections | 0 | 0 | 0 | 0 |
| Out of Service | 0 | 0 | 0 | 0 |
| Out of Service % | 0% | 0% | 0% | 0% |
| Nat'l Average % as of DATE 07/26/2024* | 22.26% | 6.67% | 4.44% | N/A |

*OOS rates calculated based on the most recent 24 months of inspection data per the latest monthly SAFER Snapshot.

**Crashes reported to FMCSA by states for 24 months prior to: 09/02/2024**

Note: Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

| | | Crashes: | | |
|---|---|---|---|---|
| Type | Fatal | Injury | Tow | Total |
| Crashes | 0 | 0 | 0 | 0 |

### ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

**Canadian Inspection results for 24 months prior to: 09/02/2024**

Total inspections: 0
Note: Total inspections may be less than the sum of vehicle and driver inspections. Go to Inspections Help for further information.

| | Inspections: | |
|---|---|---|
| Inspection Type | Vehicle | Driver |
| Inspections | 0 | 0 |
| Out of Service | 0 | 0 |
| Out of Service % | 0% | 0% |

**Crashes results for 24 months prior to: 09/02/2024**

Note: Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

| | | Crashes: | | |
|---|---|---|---|---|
| Type | Fatal | Injury | Tow | Total |
| Crashes | 0 | 0 | 0 | 0 |

**ID/Operations** | **Inspections/Crashes In US** | **Inspections/Crashes In Canada** | Safety Rating

*The Federal safety rating does not necessarily reflect the safety of the carrier when operating in intrastate commerce.*

**Carrier Safety Rating:**

**The rating below is current as of: 09/02/2024**

**Review Information:**

| Rating Date: | None | | Review Date: | None |
|---|---|---|---|---|
| Rating: | None | | Type: | None |

SAFER Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 • 1-800-832-5660 • TTY: 1-800-877-8339 • Field Office Contacts



UCC1·308  49USC14506  DOT #4151103

# PRIVATE

NOT FOR COMMERCIAL USE · PRIVATE MODE OF TRAVEL



# AFFIDAVIT
## OF
## REVOCATION, RESCISSION AND SURRENDER
## OF SIGNATURE FOR GOOD CAUSE

# Introductory Certification

The Affiant; Everett: Joseph having full first-hand knowledge of the facts stated herein, and making this Affidavit of his own free Will, does affirm that the facts stated herein are true, correct, certain, and complete to the best of his knowledge. Affiant further states:

# Plain Statement of Facts

1.   THAT, Affiant affixed his signature to documents on or about **August 21, 1997**, without knowledge of the complete contract and all terms of that contract as well as the fraud that was being perpetrated upon him in that contract.

2.   THAT, Affiant was actually misled and coerced into signing the aforementioned documents, without knowledge of the fraud that was being perpetrated upon him.

3.   THAT, Affiant, aware of the fact that fraud vitiates all contracts, agreements, and documents, believes the contract with (to whom it may concern) is void and nonexistent.

4.   THAT, Affiant revokes, rescinds, and surrender all signatures for good cause, and "Without Recourse to Me" pursuant to **(UCC 1 415; 1-308)**

5.   THAT, Affiant has, by this Affidavit, formally and timely removed the aforementioned signature(s) for all time and thereby removes any nexus, actual or presumed, that **(to whom it may concern)** may believe it has with Affiant by virtue of said signature(s) and or contract(s).

KNOW ALL MEN AND WOMEN BY THESE PRESENTS, that I, Everett: Joseph, one of the people of NEW HAMPSHIRE and the united states of America, on this day, according to the common law, and upon my oath / affirmation and states as ADMINISTRATIVE NOTICE:

I, Joseph L. Everett, one of the people of NEW HAMPSHIRE, learned that a driver's license from the STATE OF NEW HAMPSHIRE automatically canceled my organic and inalienable rights. I do not operate a vehicle on the public highways for commercial purposes.   When I obtained a driver's license from the STATE OF NEW HAMPSHIRE, I did not knowingly or willingly contract with the STATE OF NEW HAMPSHIRE commercially.

Therefore, I hereby revoke, rescind, and surrender any and all contracts with the State of NEW HAMPSHIRE which infringes upon my unalienable and natural rights.

Page 1 of 6

I have extensively researched the organic laws of the united states of America, and I can confirm the security of my unalienable RIGHTS and  UNREGULATED RIGHT TO TRAVEL upon the public walkways and highways, roadways, trails, paths, or any other corridor intended to the free movement, travel, or conveyance of people and their allodial chattel and guests, unhindered by ANY private, corporate, or statute, or Department of Motor Vehicles regulation or so called requirement. This unalienable right is guaranteed by the 9th and 10th amendments of the organic Constitution of the united states of America (1789) and Bill of Rights (1791) and upheld by many supreme and other court decisions in support of those rights. I now RESERVE, ASSERT, and DEFEND all my natural rights.

THIS AFFIDAVIT constitutes a constructive filing, administrative notice, and an evidentiary document submitted upon demand of a drivers' license, registration and/or proof of insurance and as part of the record of ANY ensuing action and will be entered as evidence of said action.

I, Everett: Joseph, trustor, and beneficiary of Everett: Joseph-L, a.k.a. JOSEPH LAMOND EVERETT, a.k.a. JOSEPH EVERETT, attest and affirm that I do not utilize the public walkways and highways, roadways, trails, paths, or any other corridor for commercial purposes. I am NOT a 14th amendment "person" or citizen engaged in interstate commerce, nor am I compensated for the transport of goods or persons. I am NOT a "driver", nor am I an "operator" of a "motor vehicle". The driver's license is for "drivers" involved in the "transport of goods and persons" only. The driver's license is for the driver or operator of a "motor vehicle" used in the transport of goods and persons only. My private conveyance/carriage is NOT used in commerce. Therefore, it is NOT a "motor vehicle". The corporate STATE OF NEW HAMPSHIRE, Department of Motor Vehicles code[1], which is not law, does not disclose the true meaning of the statutes, but a "motor vehicle" is clearly defined in the United States Code[2].
Let it be known, heretofore, as a **non-holder** of a "driver's license" my unalienable and natural rights remain in tact.

I am not effectively connected with a trade or business in the corporate monopoly of the United States, whether federal, state, county, parish, or municipal. I am NOT a resident, U.S. citizen, or U.S. person of the United States subject to the jurisdiction therein. I am one of the people that

---

[1]    Code – noun, a system of words, letters, figures, or other symbols substituted for other words, letters, etc., *especially for the purposes of secrecy.*
       Verb, convert (the words of a message) into a particular code in order to convey a secret meaning.

[2]    18 U.S. Code § 31 – Definitions (a) (6) **Motor vehicle.** The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo.

represent the popular sovereignty. I am domiciled in a foreign jurisdiction to both the federal and state governments.

Let this affidavit also serve as notice that the STATE OF NEW HAMPSHIRE did not participate in the purchase of the private conveyances for which they confiscated the allodial title known as the Manufacturer's Source of Origin or MSO. The state had no right or authority to confiscate said allodial title and I, Joseph L. Everett, expect said titles to be returned within 60 days of this notice.

Therefore, I have determined and hereby affirm and under oath, by virtue of my sovereignty as one of the people of New Hampshire and the united states of America, and case law supporting said determination, that I am NOT required to have permission from either the government or the government's corporation's to travel, NOT required to have a "driver's license" and NOT required to register my private conveyance or any other property or chattel, nor to surrender the allodial title to any state as security against government indebtedness and the undeclared bankruptcies (1930, 1938). ANY legislative rule, regulation or statutory act, of ANY state legislature or judicial tribunal, to the contrary is NULL and VOID.

American case law has clearly adjudicated that....

*"Where rights secured by the Constitution are involved, there can be no rule making which would abrogate them."*
**Miranda v. Arizona 284 U.S.**

*"The claim and exercise of a constitutional right cannot be converted into a crime."*
**Miller v. U.S., 230 F 2d 486, 489**

*"For a crime to exist there must be an injured party.*
*There can be no sanction or penalty imposed upon one because of his exercise of his constitutional rights."*
**Sherar v. Cullen, 486 F. 945**

ANY action involving a citation or ticket issued, confiscation, impoundment or search and seizure of my private property by a police officer, or ANY other public servant or employee that carries a fine or jail sentence is a penalty or sanction, thus converting a right into a crime. ANY citation or ticket is thus NULL and VOID. Under every circumstance without exception, government officials must hold the Constitution for the united states of America 1789 supreme over ANY other laws, regulations or orders. Every police (executive) officer or judicial officer

has sworn an oath[3] to protect the lives, property and rights of the people of the united states of America under the supreme law of the land. ANY act to deprive any of the people of their natural rights or constitutional rights is a direct violation of their oath of office, a felony and federal crime. Title 18 (criminal code).

ANY action by a police (executive) officer, officer of the court, public servant or government official to assert unlawful authority under the "color of law" will be construed as a direct and willful violation of my constitutionally protected rights, and with violation and/or harm in any way to me will be prosecuted to the fullest extent of American law[4].

*Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.* **[18, USC 242]**

Pursuant to Title 28 USC §1746 (1) and executed "without the United States", I affirm under penalty of perjury under the laws of the united states of America that the foregoing is true and correct, to the best of my belief and informed knowledge.

As knowledge is ever expanding the deponent may amend this document at any time.

And further deponent saith not.

I now affix my autograph to all the above WITH EXPLICIT RESERVATION OF ALL MY

---

[3]   The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States. U.S. Constitution Article 6 Clause 3

[4]   "Public officials are not immune from suit when they transcend their lawful authority by invading rights."
*AFLCIO v. Woodward*, 406 F2d 137 t.

unalienable RIGHTS, WITHOUT PREJUDICE TO ANY OF THOSE RIGHTS, PURSUANT TO UNIFORM COMMERCIAL CODE (UCC) 1-207, 1-308 AND 1-103.

# Verification

Any man or woman having firsthand knowledge of all the facts asserted herein and having absolute power and authority to rebut this affidavit must rebut with the rebutting party's own signature and endorsement notarized, under the penalty of perjury and willing to testify, and executed as true, correct, and complete with positive proof attached. Absent positive proof any rebuttal shall be deemed null and void having no force or effect, thereby waiving any of immunities or defenses.

Any rebuttal shall be mailed to the undersigned within ten (10) calendar days of receipt of this Affidavit. When a rebuttal is not received by both the Affiant within 10 days this entire Affidavit and default provisions shall be deemed true and correct.                    **FURTHER AFFIANT SAITH NOT!**

This Affidavit of Revocation of Signature for Good Cause is dated the 6th Day of December in the Year of Our Lord, Two Thousand Twenty-Three [6 December A.D 2023]

Without Prejudice. All rights reserved.

L.S _Everett ' Jospl-L_     **SEAL**
Everett: Jospeh-L)**; real living man**
c/o 154 Sagamore St
Manchester, NH Near; [03104]

Failure to respond within 10 days constitutes agreement.

My marked and seal this 6th day of December, 2023 under penalties of perjury by affiance.

By: _Everett Joscph_
Affiant
All rights retained and reserved.

stamp

6 Dec 2023

**State of NEW HAMPSHIRE**    )          **Jurat**
                             ) ss.
**County of HILLSBOROUGH**   )

Subscribed and sworn/affirmed to and with all rights reserved, Everett: Joseph-L before me, the undersigned, a Notary Public in and for New Hampshire, personally appeared the above-signed, known to me to be the one whose name is autographed on this instrument, and has acknowledged to me that he/she has executed the same. this _6_ day of _December_ , A.D. _2023_ .

Notary public _____
My Commission Expires _____ YEE TIP EDITH CLARK
Notary Public - New Hampshire
My Commission Expires June 19, 2024

# Attachment A



Registration /VIN #:4JGBB8GB9AA601178

#2

**Notice Of Default**

March 6, 2024

Division of Motor Vehicles
John C. Marasco
25 Hazen Drive
Concord, NH 03305

Dear John C. Marasco

I am writing to you Pursuant to my Affidavit of Revocation, Rescission and
Surrender of Signature for Good Cause. The document was sent to you on the
6th of December 2023. The allotted time was set for 60 days to return my
original allodial title to my property, and render a response. You have failed to
do both within the time given. I am requesting the original copy of the MCO to
my property VIN#4JGBB8GB9AA601178 to the mailing address of ℅ 1 Hardy
Rd unit 312, Bedford, NH 03110.  Please find the attached documents to add to
your records.

Sincerely yours,

Joseph-L; Everett

 Joseph-L: Everett ): **real living man**





## AFFIDAVIT TO INVOKE RIGHT TO TRAVEL

The affiant **Joseph Lamond Everett**, in Propria Persona (my own proper self), deposes as follows under oath:

The affiant is not a lawyer and his pleadings cannot be treated as such. In fact, according to Haines v. Kerner, 404 U.S. 519 (1972), a complaint "however inartfully pleaded," must be held to "less stringent standards than formal pleadings drafted by lawyers" and can only be dismissed for failure to state a claim if it appears "beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." Id., at 520-521, quoting Conley v. Gibson, 355 U.S. 41, 45-46 (1957).

"Indeed, no more than affidavits is necessary to make a prima facie case." (See United States v. Kis, 658 F. 2nd, 526, 536 (7th Cir. 1981): Cert Denied, 50 U.S.L.W. 2169; S. Ct. March 22, 1982.)

This affidavit is submitted upon demand of a driver's license, registration or proof of insurance, and/or tag, as part of the official record of any ensuing action and must be introduced as evidence in said action.

That I, **Joseph Lamond Everett**, do not under any circumstances utilize the public highways for commercial purposes. I am not a 14th Amendment legal "Person" engaged in interstate commerce, nor do I derive income from travel and transport of goods. I am not a driver, nor am I am operator of a Commercial Motor Vehicle. The Driver's License is for Commercial Motor vehicles involved in commerce only. My Private, self-propelled contrivance/carriage is not involved in commerce; therefore, it is not a "Commercial Motor vehicle." The corporate state of, New Hampshire, does not disclose the true intent and purpose of the statutes through a "Commercial Motor Vehicle," as is adequately and clearly defined in the 49 United States Code (USC) section 31301.

The affiant asserts that he is not an employee as defined by 49 USC Section 31301(7), "An employee means an operator of a Commercial Motor Vehicle, including an independent contractor who is employee by an employer."

The affiant asserts that he is not an employer as defined by 49 USC Section 31301 (8), "Employer means a person (including the United States Government, a State, or a political subdivision of a state) that owns or leases a Commercial Motor Vehicle or assigns employees to operate a Commercial motor Vehicle."

The affiant doesn't not have or need a driver's license, because the state is not his employer and nor is he an employee of the state. The state would have to pay me if I had a driver's license, because I would then be an employee. According to the 49 USC Section 31301, only people who are engaged in commerce need a driver's license. A Commercial Motor Vehicle is for commerce and for employers who are paying drivers' wages. The affiant doesn't qualify for a driver's license, according to the said Unites States Codes, and therefore, he doesn't have or need a driver's license.

Shapiro vs. Thomas, 394 U.S. 618 April 21, 1969. Further, the right to travel by private conveyance for private purposes upon the common way cannot be infringed. No license or permission is required for travel when such travel is not for the purpose of commercial profit or gain on the open highways operating under license in commerce." Murdock v. Penn, 319 U.S. 105, (1943) "No state shall convert a liberty into a privilege, license it, and attach a fee to it."

"The privilege of using the streets and highways by the operation of motor carriers for hire can be acquired only by permission or license from the state or its political subdivision." (See Black's Law Dictionary, 5th ed. Page 830.)

I cannot in good faith apply for and accept a driver's license, as I would be committing perjury. I would have to swear under oath that I am a member of, citizen of, franchisee of, or resident (agent) of the corporate state of New Hampshire when the already established facts by affidavit have evidenced that I am not a member of, citizen of, franchisee of, or resident.

Therefore, I have determined and hereby affirm by affidavit and under oath, by virtue of my declared Sovereignty supported by American case law, Constitution, and United States Codes that I am not required to have government permission to travel, not required to have a driver's license, not required to have vehicle registration of my personal property, tag, nor Insurance. Additionally, affiant is not required to surrender the lawful title of my duly conveyed property to the state as security against government indebtedness and the undeclared federal bankruptcy. Any administrative rule, regulation or statutory act of any state legislature or judicial tribunal to the contrary is unlawful and clearly unconstitutional, thus null and void.

**NOTICE TO ALL LAW ENFORCEMENT**: American Nationals and Citizens are not required to show identification to a police officer. The Police Officer swears by oath to uphold the United States Constitution as an Officer of the Law. US Supreme Court Decisions are considered the Law of the Land in regards to constitutionally protected rights, and they cannot be interpreted, or re-interpreted, as they are 'stare decisis' (already reviewed and clearly described as Law).


SUPREME COURT CASE:

 Kolender v. Lawson (461 U.S. 352, 1983) in which the United States Supreme Court ruled that a police officer could not arrest a citizen merely for refusing to present identification. There is no such thing as "Failure to identify." You can sue the police for an illegal arrest and resist arrest with impunity! "An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any other assault and battery." (State v. Robinson, 145 ME. 77, 72 ATL. 260). "Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense." (State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100).


"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any other assault and battery." (State v. Robinson, 145 ME. 77, 72 ATL. 260). "Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use

of force, as in self-defense." (State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100).

"Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense." (State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100).

"One may come to the aid of another being unlawfully arrested, just as he may where one is being assaulted, molested, raped or kidnapped. Thus it is not an offense to liberate one from the unlawful custody of an officer, even though he may have submitted to such custody, without resistance." (Adams v. State, 121 Ga. 16, 48 S.E. 910). . "These principles apply as well to an officer attempting to make an arrest, who abuses his authority and transcends the bounds thereof by the use of unnecessary force and violence, as they do to a private individual who unlawfully uses such force and violence." Jones v. State, 26 Tex. App. I; Beaverts v. State, 4 Tex. App. 1 75; Skidmore v. State, 43 Tex. 93, 903

The right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the Fifth Amendment of the United States Constitution. (See Kent v. Dulles 357 US 116, 125)

"Even the legislature has no power to deny to a citizen the right to travel upon the highway and transport his property in the ordinary course of his business or pleasure, though this right may be regulated in accordance with the public interest and convenience ("Regulated" here means traffic safety enforcement: stop lights, signs, etc.). The use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and Fundamental Right of which the public and Natural Beings cannot be deprived." (See Chicago Motor Coach v. Chicago, 337 Illinois 200, 169 NE 22, ALR; Ligare v. Chicago 139 ILL. 46, 28 HE 934; and also see Boone v. Clark 214 SW 607, 25 AM jur (1st), Highways, sec. 163.)

"The right of the citizen to travel upon the public highways and to transport his property thereon, either by carriage or by automobile, is not a mere privilege which a city may prohibit at will, but a common right which he has under the right to life, liberty, and the pursuit of happiness."(See Thompson v. Smith, 154 SE 179.)

State Police Power extends only to immediate threats to public safety, health, welfare, etc., (See Michigan v. Duke 266 US, 476 Led. At 449) which driving and speeding are not (See California v. Farley Ced. Rpt. 89, 20 CA3d 1032 (1971).

The state is prohibited from violating Substantive Rights (See Owens v. City, 445 US 662 (1980); and it cannot do by one power (e.g. Police Power) that which is, for example, prohibited expressly to any other such power (e.g. Taxation / Eminent Domain) as a matter of Law. (See US and UT v. Daniels, 22 p 159), nor indirectly that which is prohibited to it directly. (See Fairbanks v. US 181, US 283, 294, 300.)

"With regard particularly to the U.S. Constitution, it is elementary that a Right secured or protected by that document cannot be overthrown or impaired by any state police authority." --Connolly vs. Union Sewer Pipe Co.184 US 540.

"Undoubtedly the right of locomotion, the right to move from one place to another according to inclination, is an attribute of personal liberty, and the right, ordinarily, of free transit from or through the territory of any State is a right secured by the 14th amendment and by other provisions of the Constitution." (See Schactman v. Dulles, 96 App DC 287, 293.)

Traveling in an automobile on the public roads was not a threat to the public safety or health and

constituted no hazard to the public, and such a traveler owed no other duty to the public (e.g. the State); he / she and his / her auto, having equal right to and on the roadways / highways as horses and wagons, etc.; this same right is still Substantive Rule, in that speeding, running stop signs, traveling without license plates, or registration, are not threats to the public safety, and thus, are not arrestable offenses (See Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905—1910; and also see California v, Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971).

Under the United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the State does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. (See Mugler v. Kansas 1213 US 623, 659—60.)

Where Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them. (See Miranda v. Arizona 384 US 436, 125.)

The claim and exercise of Constitutional Rights cannot be converted into a crime. (See Miller v. Kansas 230 F 2nd 486, 489.)

"The right to travel on the public highways is a constitutional right."--Teche Lines v. Danforth, Miss. 12 So 2d 784, 787

For a crime to exist there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional Right. (See Sherer v. Cullen 481 F. 945.)

If any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. (See Louisville v. Motley 2111 US 149, 29S. CT 42. "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".)

"Lack of Federal Jurisdiction cannot be waived or overcome by agreement of parties." (See Griffin v. Matthews, 310 F Supra 341, 342 (1969): and "Want of Jurisdiction may not be cured by consent of parties". (See Industrial Addition Association v. C.I,R., 323 US 310, 313. )

"Public officials are not immune from suit when they transcend their lawful authority by invading rights." ( See AFLC10 v. Woodward, 406 F. 2d 137 t.)

"Officers of the court have no immunity, when violating a Constitutional right, from liability. For they are deemed to know the law." Owen v. Independence, 100 S.C.T. 1398, 445 US 622.

Any Municipal Officer, Person, Personnel, Employee or Contractor who violate the Rights of the People or Citizens are subject to suit in their personal and/or official capacity, to wit: Title 18, Part 1, Chapter 13 §241 of United States Codes of Law, "*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same; or… If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts commited in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.*"

According to, Title 18, Part 1, Chapter 13 §242 of United States Codes of Law: "*Whoever, under 'color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts commited in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.*"

The fee for illegal incarceration according to Trezevant v. City of Tampa, 741 F.2d 336(11th cir.1984), is $65,217 dollars per hour, and $1,800,000 ($1.8 Million) dollars per day. The defendant came to this conclusion, because in Trezevant, a Motorist illegally held for 23 minutes in a traffic charge was awarded $25,000 in damages (Note: multiply the total number of days defendant served behind bars with the going fee of $1.8 million dollars per day, in order to determine how much money to ask for).

"The Officers of the law, in the execution of process, are obliged to know the requirements of law, and if they mistake them, whether through ignorance or design, and if anyone is harmed by their error, they must respond in damages." (See Roger v. Marshall (United States use of Rogers v. Conklin), 1 Wall. (US) 644, 17 Led 714.).

"Traffic Infractions are not a crime or public offense." (See People v. Battle, 50 Cal.App.3d Supp.1).

"It is a general rule that an officer, executive, administrative, quasi-judicial, ministerial, or otherwise, who acts outside the scope of his jurisdiction, and without authorization of law may thereby render himself amenable to personal liability in a civil suit." (See Cooper v. O`Conner, 69 App DC 100, 99 F (2d).

The high Courts, through their citations of authority, have frequently declared, that "...where any state proceeds against a private individual in a judicial forum it is well settled that the state, county, municipality, etc. waives any immunity to counters, cross claims and complaints, by direct or collateral means regarding the matters involved." (See Luckenback v. The Thekla, 295 F 1020, 226 Us 328; Lyders v. Lund, 32 F2d 308.)

"Where there is no jurisdiction there is no judge; the proceeding is as nothing. Such has been the law from the days of the Marshalsea, 10 Coke 68; also Bradley v. Fisher, 13 Wall 335,351." Manning v. Ketcham, 58 F.2d 948.

Any action involving a citation or ticket issued, confiscation, impoundment or illegal search and seizure of private property by a police officer, or any other public servant or employee which carries a fine, jail time, or the posting of exorbitant bail, will be considered a penalty or sanction against this sovereign natural being. Thus, you must have probable cause that I have in fact, not in theory, committed a crime to justify such actions, and be willing to sign such information under oath. The Common Law definition of a crime is to injure a human being or damage someone's property. If the affiant has not injured someone or damaged someone's property there will be no Common Law jurisdiction for an arrest and conviction.

The affiant explicitly reserves, asserts and defends his Right to Travel. The Affiant has exercised this right by expatriating from UNITED STATES citizenship of the federal United States and its political subdivisions, including municipal, county and state corporations. I the affiant, Joseph Lamond Everett, have reclaimed my lawful, human Rights and Common Law rights, under Article IV Section IV of the

Constitution (Republican form of Government). The Affiant is an American Nation of the New Hampshire Republic. As such, Affiant enjoys diversity of citizenship, and qualifies as federal custody only.

Take judicial Notice of the Procedures concerning diversity of citizenship, the jurisdiction of the subject matter, and person required to appear. Corporate, administrative courts and tribunals have no original jurisdiction over private individuals/natural beings whatsoever, because such courts are colorable and they only deal with colorable law, which is things that appear to be real, but are not real, e.g., codes, statutes, Rules, Regulations, Policies, and ordinances. Such law is designed for code breakers of the corporation of the US, which is an administration due to the presidential declared State of Emergency (the 1959 Executive Order 10834 placed this court under the State of Emergency and under jurisdiction of the presidential flag and under military jurisdiction). Now, the gold military fringe around the US flag makes sense now, because the courts are under military jurisdiction.

This affiant is not part of the administration and is not subject to its jurisdiction whatsoever. This is a constructive lawful notice submitted upon demand of driver's license, vehicle registration, tag, or proof of insurance. Anyone who violates the affiant's rights will be held liable in both their individual and official capacity. This affiant strongly advises you proceed with caution and full knowledge of the consequences of your actions upon this private individual/Natural being. Purchasing an automobile for my private travels doesn't require a **DRIVER'S LICENSE, REGISTRATION OR PROOF OF INSURANCE, AND/OR TAG.** If the company at hand does not want to do business with me because of the fact that I have no **DRIVER'S LICENSE, REGISTRATION OR PROOF OF INSURANCE, AND/OR TAG** and then the automobile(s) becomes **FREE OF CHARGE(TAX FREE) AND I AM DUE THE FULL PRICE AUTOMOBILE(S) AFTER TAXES.**

**WHEREFORE,** based upon the foregoing evidence and the authority cited therein, the affiant respectfully declares for the public record his God given rights as a private individual/natural being, that the affiant doesn't need driver's license, tag, and insurance to take advantage of his federally secured Fundamental Right to Travel, and nor can he be taxed, arrested, detained, or prosecuted civilly or criminally in any colorable court of law for the expressed exercise of his Right to Travel. Let all of the above be known.

The Respondents have 15 days to refute this affidavit point by point. Failure to do so will result in it being deemed true and correct at law. Also I need 12 USADOT foreign national plates for my automobile(s). My registered USDOT # 4151103

Signed and Sealed: _Joseph - L: Everett_ Dated: _5/Feb /24_

Natural Person - In Propria Persona – Joseph Lamond Everett

ALL RIGHTS RESERVED - WITHOUT PREJUDICE

## VERIFICATION

State of New Hampshire     )

                           )

County of Hillsborough.    )

Subscribed and affirmed before me on this ____5____ day of _February_, 20 _24_, by Joseph Lamond Everett, who proved to me on the basis of satisfactory evidence to be the Person who appeared before me. Witness my hand and official Seal.

Signature: _____

Seal:    YEE TIP EDITH CLARK
         Notary Public - New Hampshire
         My Commission Expires June 19, 2024

See NOTICE OF FEE SCHEDULE FOR VIOLATION OF AFFIDAVIT OF TO INVOKE RIGHT TO TRAVEL

FS-1972-JLE

## NOTICE OF FEE SCHEDULE

| | | | |
|---|---|---|---|
| a. | Studying | $ | 500.00 per hour |
| | while under threat, duress, coercion | $ 75,000.00 per hour | |
| | | | |
| b. | Analyzing | $ | 500.00 per hour |
| | while under threat, duress, coercion | $ 75,000.00 per hour | |
| | | | |
| c. | Research | $ | 500.00 per hour |
| | while under threat, duress, coercion | $ 75000.00 per hour | |

| | | |
|---|---|---|
| d. Preparing Documents | $ | 500.00 |
| per hour while under threat, duress, coercion | $ 75000.00 | |
| per hour | | |

| | | |
|---|---|---|
| x. | Perverting of Justice Judgment | $ 1,000,000.00* |
| y. | Use of Common-law Trade-name/Trade-mark | |
| | After One Warning (per each occurrence) | $50,000 Each |
| w. | Forcing psychiatric evaluations | $500,000 per day |
| x. | Refusal to provide adequate and proper nutrition | |
| | while incarcerated | 50,000 per day |

| | | |
|---|---|---|
| e. Answering Questions | $ | 500.00 |
| per hour while under threat, duress, coercion | $ 75000.00 | |
| per hour | | |

| | | |
|---|---|---|
| f. Providing Information | $ | 500.00 |
| per hour while under threat, duress, coercion | $ 75000.00 | |
| per hour | | |

### TOTAL SUSTAINED DAMAGES _____

APPLICABLE TO ANYONE IN ANY BRANCH OF GOVERNMENT Debtors are responsible for any IRS obligations resulting from the discharge or cancellation of any debts, as well as earned income resulting from accepted settlements, immunity is invalid, as validity would violate U.S. Constitution Article 2 IV; 18 USC 241; 42 USC 1983; 42 USC 1985; 42 USC 1986, and state Constitutions. The listed laws AUTHORIZE and/or MANDATE removal from public office! Violations of-law are legally unassailable due to precedents (violations of law) established by court cases. Such situations violate numerous specifically stated intents and purposes of the Constitution, as set forth in the preamble.

By:_____

**Annotation  I**

FS-1972-JLE

## NOTICE OF FEE SCHEDULE



<u>This Schedule of Fees has been approved for public record by Joseph Lamond Everett Trustee under Agreement with JOSEPH LAMOND EVERETT Dtd 8-21-72. All trustees, fiduciaries, employees, and contractors are hereby given notice that the Trust restricts the usage of its property including the JOSEPH LAMOND EVERETT © ™ and all associated trade names and derivatives thereof.</u>

### <u>Affidavit in regard to the attached Schedule of Fees</u>

I, Joseph Lamond Everett in full life, sui juris, hereinafter the 'Affiant' who's domicile is on the land near 1 Hardy Rd, unit 312, Bedford, New Hampshire 03110, being of the full age of majority, and of sound mind, hereinafter affirm that:

1.  The Affiant is the Executor and Trustee for the JOSEPH LAMOND EVERETT Dtd 8-21-72, hereinafter Trust, in Bedford, New Hampshire whose business address is 1 Hardy Rd unit 312,   upon which this Affidavit shall be annexed to and annotated therewith; and that

2.  This affidavit and the attached Schedule of Fees are approved for all official business of the trust, including business conducted upon the Trust while any trustee is operating in trust, and such schedule shall be binding upon third party interlopers, and other parties, who proceed without a bonafide contract with the Trust.

3.  The Trust holds the registered trademarks of the JOSEPH LAMOND EVERETT© ™, and holds all rights and title to the copyright, trade-markings, and derivatives including but not limited to Joseph Lamond Everett, JOSEPH LAMOND EVERETT, Joseph L Everett, JOSEPH L EVERETT,  JOSEPH EVERETT, Joe Everett and all other variations of the same intent; and that

4.  The Grantor of the Trust, also being the testator of the Will, has approved the attached schedule of fees for the assessment for settling grievances, trespasses upon the estate, breaches of trust, in regard to each particular as set forth therein; and that

5.  The execution of this instrument shall not be construed as consent to use the Trusts property, trade name, or trademark, wherein the Grantor estate neither assents, nor consents, nor agrees with, nor grants, nor implies any authorization for any use of the trade name or trademark not secured by a proven contract; and that

6.  Any person continuing to use the estates property without an authenticated contract creates a commercial obligation in default until the satisfaction of the assessment made here from; and that

7.  The above statement of fact is a memorialization  of the accepted and approved order of business for the trust.

Further Affiant sayeth not.

By: /s/ *Joseph-Lamond: Everett*

Joseph-Lamond: Everett,.Executor/Trustee for
JOSEPH LAMOND EVERETT © ™

---

### JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of New Hampshire County of Hillsborough

Subscribed and sworn to (or affirmed) before me on this __15th__ day of __February__, 2024 by _ JOSEPH LAMOND EVERETT, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____

Kara Gooch
Notary Public - New Hampshire
My Commission Expires May 17, 2028

**Annotation I**

FS-1972-JLE

## NOTICE OF FEE SCHEDULE

27. Autograph under threat, duress, or coercion                 $ 1,000,000.00

**BREACH-PENALTY-AUTHORITY**

| | | |
|---|---|---|
| 28. *VIOLATION OF OATH OF OFFICE-* | $ 250,000.00 | *18 USC 3571; 28 USC 3002(15)* |
| 29. ARMED ABUSE OF OFFICE- | $ 200,000.00 | |
| 30. ARMED ABUSE OF AUTHORITY- | $ 200,000.00 | |
| 31. ARMED USE OF EMERGENCY LIGHTING IN A NON-EMERGENCY SITUATION- | $ 200,000.00 | |
| 32. ARMED USE OF EMERGENCY SIREN IN A NON- EMERGENCY- | $ 200,000.00 | |
| 33. ARMED ASSAULT AND BATTERY- | $ 200,000.00 | |
| 34. ARMED COERCION- | $ 200,000.00 | |
| 35. ARMED THREAT OF VIOLENCE- | $ 200,000.00 | |
| 36. DENIED PROPER WARRANT(S)- | $ 250,000.00 | 18 USC 3571 |
| 37. DENIED RIGHT OF REASONABLE DEFENSE ARGUMENTS- | $ 250,000.00 | 18 USC 3571 |
| 38. DEFENSE EVIDENCE (RECORDS)- | $ 250,000.00 | 18 USC 3571 |
| 39. DENIED RIGHT TO TRUTH IN EVIDENCE- | $ 250,000.00 | 18 USC 3571 |
| 40. ARMED VIOLATION OF DUE PROCESS- | $ 200,000.00 | |
| 41. SLAVERY *(Forced compliance to contracts not held)-* | $ 250,000.00 | 18USC 3571 |
| 42. DENIED PROVISIONS IN THE CONSTITUTION- | $ 250,000.00 | 18 USC 3571 |
| 43. ARMED TREASON, WAR AGAINST AMERICANS- | $ 250,000.00 | 18 USC 3571 |
| 44. GENECIDE AGAINST HUMANITY- | $ 1,000,000.00 | 18 USC 1091 |
| 45. APARTHEID- | $ 1,000,000.00 | |
| 46. ARMED DEPRIVATION OF RIGHTS UNDER COLOR OF LAW- | $ 200,000.00 | |

**ARMED ACTION FOR NEGLECT TO PREVENT-**                    **$ 5,000**    **42 USC 1986**

**ARMED OFFICERS AND EMPLOYEES ACTING AS AGENTS OF FOREIGN PRINCIPALS    18 USC 219**

**DEPRIVATION OF RIGHTS UNDER COLOR OF LAW.    18 USC 242**

**CONSPIRACY AGAINST RIGHTS    18 USC 241**

**EXTORTION BY OFFICERS    18 USC 872.**

**EXTORTION        25 CFR 11.417**

| | | |
|---|---|---|
| 47. **EMOTIONAL DISTRESS-** | $ 200,000.00 | 32 CFR 536.77(a)(3)(vii) |
| 48. **MENTAL ANGUISH ABUSE-** | $ 200,000.00 | 42 CFR 488.301 |
| | | |
| 49. PEONAGE (Felony)- | $ 200,000 | 18 USC 1581; 42 USC 1994 |
| 50. UNLAWFUL INCARCERATION- | $ 200,000 | |
| 51. MALICIOUS PROSECUTION- | $ 200,000 | |
| 52. DEFAMATION OF CHARACTER- | $ 200,000 | |
| 53. SLANDER- | $ 200,000 | |
| 54. LIBEL- | $ 200,000 | |
| 55. ARMED TRESPASS- | $ 200,000 | |
| 56. NEGLECT/FAILURE TO PROTECT/ACT- | $ 200,000 | |
| 57. ARMED LAND PIRACY/PLUNDER | | |
| 58. UNAUTHORIZED BOND PRODUCTIO- | $ 200,000 | |
| 69. ARMED FORGERY- | $ 200,000 | |
| 60. ARMED EMBEZZLEMENT- | $ 200,000 | |
| 61. ARMED STALKING- | $ 200,000 | |
| 62. ARMED IMPERSONATING A PUBLIC OFFICIAL- | $ 200,000 | |
| 63. ACTING AS AGENTS OF FOREIGN PRINCIPALS- | $ 200,000 | |
| 64. ARMED TORTURE- | $ 200,000 | |
| 65. ARMED OPERATING STATUTES WITHOUT BONDS- | $ 200,000 | |
| 66. EXPLOITATION OF A MINORITY GROUP COURTS CIVIL RIGHTS- | $ 200,000 | |
| 67. BAR VIOLATION OF ANTI TRUST LAWS- | $ 200,000 | |

**Annotation  I**

FS-1972-JLE

## NOTICE OF FEE SCHEDULE

| | | |
|---|---|---|
| 68. MISAPPROPRIATION OF TAXPAYER FUNDS- | $ 200,000 | 18 USC 641-664 |
| 69. VIOLATIONS OF THE UNIVERSAL DECLARATION OF HUMAN RIGHTS ARMED BREACH OF TRUST $ 200,000 | | |
| 70. ARMED DISTURBING THE PEACE- | $ 200,000 | |
| 71. ARMED KIDNAPPING- | $ 200,000 | 18 USC 1201 |
| 72. ARMED MALFEASANCE/MALPRACTICE- | $ 200,000 | 22 CFR 13.3 |
| 73. ARMED MISREPRESENTATION/PERSONAGE- | $ 200,000 | |
| 74. MISPRISION OF FELONY- | $ 500 | 18 USC 4 |
| 75. ARMED CONSPIRACY AGAINST RIGHTS OF PEOPLE- | $ 200,000 | |
| 76. ARMED CRIMINAL EXTORTION/ ECONOMIC OPPRESSION- | $ 200,000 | |
| 77. ARMED EXTORTION OF RIGHTS- | $ 200,000 | TITLE 15 |
| 78. ARMED ROBBERY- | $ 200,000 | |
| 79. ARMED THEFT BY FORCED REGISTRATION- | $ 200,000 | |
| **MAIL THREATS-** | **$5,000** | **18 USC 876** |
| 80. MAIL FRAUD- | $10,000 | 18 USC 1041 |
| 81. ARMED FRAUD- | $10,000 | 18 USC 1001 |
| 82. ARMED VIOLATION OF LEIBER CODE AGAINST NON- COMBATANTS- | $200,000 | |
| 83. ARMED WRONGFUL ASSUMPTION OF STATUS/ STANDING | | |
| 84. ARMED FALSIFICATION OF DOCUMENTS/RECORDS- | $200,000 | 18 USC 1001; 26 USC 1701(a)(1) |
| 85. ARMED FICTITIOUS OBLIGATIONS- | $ 10,000 | 18 USC 514 |
| 86. ARMED PERJURY- | $ 2,000 | 18 USC1621 |
| 87. ARMED SUBORDINATION OF PERJURY- | $ 2,000 | 18 USC 1622 |
| 88. ARMED RACKETEERING (Criminal/Felony)- | $ 200,000 | 18 USC 1961-1968 |
| 89. ARMED RACKETEERING (civil)- | $ 200,000 | 18 USC 1964(c) |
| 90. UNAUTHORIZED COMMUNICATION- | $ 25,000 | |
| 91. LEGAL RESEARCH (RESPONSE SUNDRY)- | $ 30,000 | |
| 92. MISCELLANEOUS (NOTARY, POSTAGE, GAS, MILEAGE)- | $ 500 | |
| 93. LOSS OF WAGES TRIPLE- | $50,000 | |

**Appearance in court because of traffic citations:**

    a.   Time in court           $75,000/hr with 1 hour min.

    b.   If Fine is imposed                $500,000

**Produce any personal information/property for any kind of business interaction:**

a.           Financial Information         $100,000

b.           Property inside of motor vehicle    $150,000

## Court Appearance Schedule

      These fees MUST be paid immediately after my case is finished. Failure to pay fines and fees will have an additional fee of $5,000 for breach of contract.

**Demand for Appearance in court:**

    a.  My Appearance

        a. Under protest and duress:       $75,000/hr with 1 hour min

        b. Voluntarily              $10,000/hr with 1 hour min

**Annotation I**

FS-1972-JLE

NOTICE OF FEE SCHEDULE

### Transgressions-Fee
### Schedule

**Transgressions** by public official(s), police officer(s), judge(s), attorney(s), and all other who desire to contract:

| | | |
|---|---|---|
| a. | Failure to honor Written and/or Oral Word | $5,000.00 |
| b. | Silence/Dishonor/Default | $5,000.00 |
| f. | Failure to honor /No Bond | $5,000.00 |
| g. | Phone call to telephone number used by Secured | |
| | Party including from alleged debt collectors | $5,000.00 each |
| h. | Telephone message left on Secured Party phone Service or equipment $ 5000.00 each | |
| i. | Use of Street Address/Mailing location of Secured Party  $5,000.00 each | |
| j. | Time Waiting for Scheduled Service Minimum or per hour | $1,000.00 |
| k. | Detention from Free Movement and/or cuffed Minimum or per hour | $7,5000.00 |
| l. | Incarceration Minimum or per hour | $7,5000.00 |
| m. | Failure to Follow Federal and/or State Statutes, | |
| | Codes, Rules and/or Regulations | $ 50,000.00 |
| n. | Failure to State a Claim upon which | |
| | Relief Can Be Granted | $250,000.00 |
| o. | Failure to Present a Living Injured Party | $100,000.00 |
| p. | Failure to Provide Contract Signed by the Parties | $100,000.00* |
| q. | Failure to Provide IRS 1099OID(s), and Other | |
| | IRS Reporting Form(s) Requirements upon Request | $100,000.00* |
| r. | Default By Non Response or Incomplete Response | $10,000.00* |
| s. | Fraud | $1,000,000.00* |

**Annotation I**

FS-1972-JLE

## NOTICE OF FEE SCHEDULE

| | | | |
|---|---|---|---|
| a. | Studying | $ | 500.00 per hour |
| | while under threat, duress, coercion | $ | 75,000.00 per hour |
| b. | Analyzing | $ | 500.00 per hour |
| | *while under threat, duress, coercion* | $ | 75,000.00 per hour |
| c. | Research | $ | 500.00 per hour |
| | while under threat, duress, coercion | $ | 75,000.00 per hour |

| | | |
|---|---|---|
| d. Preparing Documents | $ | 500.00 |
| per hour while under threat, duress, coercion | $ | 75,000.00 |
| per hour | | |

| | | |
|---|---|---|
| x. | Perverting of Justice Judgment | $ 1,000,000.00* |
| y. | Use of Common-law Trade-name/Trade-mark | |
| | After One Warning (per each occurrence) | $50,000 Each |
| w | Forcing psychiatric evaluations | $500,000 per day |
| x. | Refusal to provide adequate and proper nutrition | |
| | while incarcerated | 50,000 per day |

| | | |
|---|---|---|
| e. Answering Questions | $ | 500.00 |
| per hour while under threat, duress, coercion | $ | 75,000.00 |
| per hour | | |
| f. Providing Information | $ | 500.00 |
| per hour while under threat, duress, coercion | $ | 75,000.00 |
| per hour | | |

## TOTAL SUSTAINED DAMAGES _____

APPLICABLE TO ANYONE IN ANY BRANCH OF GOVERNMENT Debtors are responsible for any IRS obligations resulting from the discharge or cancellation of any debts, as well as earned income resulting from accepted settlements, immunity is invalid, as validity would violate U.S. Constitution Article 2 IV; 18 USC 241; 42 USC 1983; 42 USC 1985; 42 USC 1986, and state Constitutions. The listed laws AUTHORIZE and/or MANDATE removal from public office! Violations of-law are legally unassailable due to precedents (violations of law) established by court cases. Such situations violate numerous specifically stated intents and purposes of the Constitution, as set forth in the preamble.

By:_____

**Annotation I**

FS-1972-JLE

## NOTICE OF FEE SCHEDULE

| | | |
|---|---|---|
| t. | Racketeering | $ 100,000.00* |
| u. | Theft of Public Funds | $ 1,000,000.00* |
| v. | Dishonor in Commerce | $ 1,000,000.00* |
| w. | Failure to pay Counterclaim in full within (30) Thirty | |
| | Calendar Days of Default as set forth herein | $1,000,000** |
| y. | Refusal to provide proper exercise while incarcerated | $50,000 per day |
| z. | Refusal to provide proper dental care while Incarcerated | $50,000 per day |
| aa. | Forced giving of body fluids. | $5,000,000 per day |
| bb. | Forced injections/inoculations, vaccines | $5,000,000 per day |
| cc. | Forced separation from marriage contract | $160,000 per day |
| dd. | Confiscation/kidnapping of a body not a US Citizen | $1,600,000 per day |
| ee. | Corporate State continuing a mortgage | |
| | for more Than five years in violation | |
| | of Banking Act of 1864 which takes | |
| | precedence over current | |
| | Statutes at large | $1,600,000 per day |
| | Attempted extortion of funds from birth certificate | |
| | account, Social security account or any | |
| | other associated accounts by fraud, | |
| | deception and | |
| | or Forgery by any agent, entity or corporation count or charge | $ 6,000,000.00 per |
| | Attempted extortion of signature count or charge | $ 6,000,000.00 per |
| ff. | Attempted forgery of signature count or charge | $ 6,000,000.00 per |

**Kidnapping (If an alleged officer removes free soul more than 5 feet from free soul's property without just cause, it IS kidnapping)**          **$   5,000,000.00**

**Services to others and/or Corporation(s):**

**Annotation I**

FS-1972-JLE

## NOTICE OF FEE SCHEDULE

| | | | |
|---|---|---|---|
| a. | Studying | $ | 500.00 per hour |
| | while under threat, duress, coercion | $ 75,000.00 per hour | |
| | | | |
| b. | Analyzing | $ | 500.00 per hour |
| | while under threat, duress, coercion | $ 75,000.00 per hour | |
| | | | |
| c. | Research | $ | 500.00 per hour |
| | while under threat, duress, coercion | $ 75000.00 per hour | |

d. Preparing Documents $ 500.00
   per hour while under threat, duress, coercion $ 75000.00
   per hour

x. Perverting of Justice Judgment $ 1,000,000.00*

y. Use of Common-law Trade-name/Trade-mark

   After One Warning (per each occurrence) $50,000 Each

w Forcing psychiatric evaluations $500,000 per day
.

x. Refusal to provide adequate and proper nutrition

   while incarcerated 50,000 per day

e. Answering Questions $ 500.00
   per hour while under threat, duress, coercion $ 75000.00
   per hour

f. Providing Information $ 500.00
   per hour while under threat, duress, coercion $ 75000.00
   per hour

## TOTAL SUSTAINED DAMAGES _____

APPLICABLE TO ANYONE IN ANY BRANCH OF GOVERNMENT Debtors are responsible for any IRS obligations resulting from the discharge or cancellation of any debts, as well as earned income resulting from accepted settlements. immunity is invalid, as validity would violate U.S. Constitution Article 2 IV; 18 USC 241; 42 USC 1983; 42 USC 1985; 42 USC 1986, and state Constitutions. The listed laws AUTHORIZE and/or MANDATE removal from public office! Violations of-law are legally unassailable due to precedents (violations of law) established by court cases. Such situations violate numerous specifically stated intents and purposes of the Constitution, as set forth in the preamble.

By:_____

**Annotation I**

FS-1972-JLE

## NOTICE OF FEE SCHEDULE

**If invoiced, payment is due 15 days after receipt date.**

**Make all payments to: JOSEPH LAMOND EVERETT™**
**1 HARDY RD**
**BEDFORD, NH [ 03110 ]**

\*Per Occurrence and Includes any Third Party Defendant

\*\* All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.

**Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages as set forth in subsections a-w added to three (3) times the damages for punitive or other additional damages.**

---

### APPENDIX A

The Lien Claimant does NOT rely on Title 15 as a basis for the "Commercial Lien." ALL Commercial processes, by using or relying on notes or paper in Commerce (e.g. Federal Reserve Notes), must bear some sort of Federal tracking code, a County Recorder's number or a serial number, which process must be accessible for inspection at the nearest relevant County Recorder's Office or be widely advertised. When a Lien matures in three (3) months, ninety (90) days, by default of the Lien Debtor through the Lien Debtors failure to rebut the AFFIDAVIT OF OBLIGATION point-for-point categorically, it becomes an accounts receivable in the ordinary sense of a collectable debt upon which assignments, collateralization, and other commercial transactions can be based, hence becomes a Security subject to observation, tracking, and regulation by the United States Securities and Exchange Commission (hereinafter U.S. S.E.C.).

The notation "A Security — 15 USC" is a flag in Commerce telling the U.S. S.E.C. that a speculation account is being established to enforce a lien. The U.S. S.E.C. can then monitor the process. As long as the process is truthful, open, and above-board (Full disclosure), the U.S. S.E.C. has no jurisdiction over it, for even the U.S. S.E.C. has no jurisdiction over the truth of testimony, depositions, affidavits, and affidavits of obligation (Commercial Liens), and an unrebutted affidavit stands as the truth in Commerce.

Legal Authority: Universal moral/existential truths/principles, expressed in Judaic (Mosaic) Orthodox Hebrew/Jewish Commercial Code, corollary to Exodus (chiefly Exodus 20:15, 16). This is the best known Commercial process in America.

When an Affidavit is so flagged in Commerce, it becomes a Federal Document because it could become translated into a Security (for example by being attached in support of a Commercial Lien), and not accepting and/or filing a Commercial Affidavit becomes a Federal offense.

---

**Annotation I**

Exhibit 4/ Body and Dash Cam



 Sharon Higley                                                                    Oct 1
Milford District Court Docket no. 458-2024-CR-00623, Additional Disc... 📎 ⭐

📄 EVERETT 24-32563...pdf

5

NOTICE OF INQUIRY AND/OR REPORT OF DETAINMENT

This questionnaire must be filled-out by any public servant before he c...an ask the citizen any question. This is authorized by federal law, including the Privacy Act, 5 U.S.C. 552a, 88 Stat. 1896, et seq., 1974.

Name of OFFICER / PUBLIC SERVANT _____

BADGE #_____JURISDICTION_____

PEACE OFFICER YES * NO (circle one please) ON YOUR OATH TODAY? YES * NO

LOCATION OF STOP / ARREST_____

Do you believe that this STOP is related to a DRIVER or MOTOR VEHICLE operating in commercial commerce? YES * NO (circle one please)
Please list any PASSENGERS, GOODS, or MERCHANDISE attached to or inside the above said MOTOR VEHICLE:

1._____ 2. _____ 3. _____

4. _____ 5. _____ 6. _____

*******If you need additional space please use the back*******

Year _____ Make _____ _____ Model _____
License Plate _____ No Plate? YES * NO (circle one please)
Color _____ VIN _____
Victim(s) involved _____
Address_____ Phone Number _____

****** if you need additional space please use the back********

Property Damage? YES * NO (circle one please) $_____ est. loss

Physical Harm? YES * NO (circle one please) $_____ est. loss

I as the above states BONDED OFFICER state that all information is given under oath, and is true and correct as stated above under penalty of perjury.

Print Name Signature Date
NOTICE TO PUBLIC SERVANT / OFFICER
In the event you elect to not fill this form, you will accept or give your unconditional consent for a levy of your PUBLIC BONDS of no more than $100,000.00 USD (one hundred thousand dollars) per 5 minutes that I am detained by you or ALL other present officers.
NOTICE TO AGENT IS NOTICE TO PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT PUBLIC SERVANT / OFFICER REFUSAL: YES * NO (circle one please)

# State of New Hampshire

# Department of State



CERTIFICATE OF REGISTERED TRADE NAME

OF

**JOSEPH LAMOND EVERETT**

This is to certify that **JOSEPH LAMOND EVERETT LLC** is registered in this office as doing business under the Trade Name **JOSEPH LAMOND EVERETT**, at 1 Hardy Road Unit 312, Bedford, NH, 03110, USA on **4/17/2023 2:48:00 PM.**

The nature of business is **Other / Holding Company**

Expiration Date: **4/17/2028 2:48:00 PM**

Business ID: **929393**



IN TESTIMONY WHEREOF,
I hereto set my hand and cause to be affixed
the Seal of the State of New Hampshire,
this 17th day of April A.D. 2023.

David M. Scanlan
Secretary of State

**Common Law Copyright Notice**
JLE-20230915-CLCN

**Common Law Copyright Notice**: All rights reserved re; common-law copyright of trade-name/trademark, **JOSEPH LAMOND EVERETT**©™ – as well as any and all derivatives and variations in the spelling of said trade-names/trademarks,–Common Law Copyright © 1990 by Joseph Everett© Said common-law trade-names/trademarks, **JOSEPH LAMOND EVERETT**© may neither be used, nor reproduced, neither in whole nor in part, or in any manner whatsoever, without the prior, express, written consent and acknowledgment of Joseph Everett©, hereinafter "Secured Party". **With the intent of being contractually bound**, any Juristic Person, as well as the agent of said Juristic Person, consents and agrees by this Copyright Notice that neither said Juristic Person, nor the agent of said Juristic Person, shall display, nor otherwise use in any manner, the common-law trade-name/trademark JOSEPH LAMOND EVERETT© nor the common-law copyright described herein, nor any derivative of, nor any variation in the spelling of JOSEPH LAMOND EVERETT© without prior, express, written consent and acknowledgment of Secured Party, as signified by Secured Party's signature in **Blue**-ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of **JOSEPH LAMOND EVERETT**™, and all such unauthorized use is strictly prohibited. Secured Party is never, nor has Secured Party ever been, an accommodation party, nor a surety, for the purported debtor i.e. **JOSEPH LAMOND EVERETT**©™ nor for any derivative of, nor for any variation in the spelling of, said name, nor for any other juristic person, and is so-indemnified and held harmless by Debtor, i.e. **JOSEPH LAMOND EVERETT**©™ in Hold-harmless and Indemnity Agreement No. JLE-082172-HHIA dated at the time of notarizing against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by Debtor for any and every reason, purpose, and cause whatsoever. **Self-executing Contract / 1 Security Agreement in Event of Unauthorized Use**: By this Copyright Notice, both the Juristic Person and the agent of said Juristic Person, hereinafter jointly and severally "User", consent and agree that any use of **JOSEPH LAMOND EVERETT**©™, other than authorized use as set forth above constitutes unauthorized use, counterfeiting, of Secured Party's common-law copyrighted property, contractually binds User of Secured Party's copyrighted property and contractually binds User. This Notice by Declaration becomes a Security Agreement wherein User is a debtor and Joseph Everett© is Secured Party, and signifies that User: (1)grants Secured Party a security interest in all of User's assets, land and personal property, and all of User's interest in assets, land, and personal property, in the sum certain amount of **500,000.00** per each occurrence of use of any of the common-law-copyrighted trade-name/trademark, per each occurrence of use (violation/infringement), plus triple damages, plus costs for each such use, as well as for each and every use of any and all derivatives of, and variations in the spelling of, **JOSEPH LAMOND EVERETT**©™ ; (2) authenticates this Security Agreement wherein User is debtor and Joseph Everett is Secured Party, and wherein User pledges all of User's property, i.e. all consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts, documents, and general intangibles, and all User's interest in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing Users contractual obligation in favor of Secured Party for User's unauthorized use of Secured Party's common-law copyrighted property; (3) consents and agrees with Secured Party's filing of a UCC Financing Statement in the UCC filing office, as well as in any county recorder's office, wherein User is debtor and Joseph Everett is Secured Party; (4)consents and agrees that said UCC Financing Statement described above in paragraph "(3)" is a continuing financing statement, and further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in Security Agreement described above in paragraph "(2)", until User's contractual obligation theretofore incurred has been fully satisfied; (5)authorizes Secured Party's filing of any UCC Financing Statement, as described above in paragraph "(3)", as well as in paragraph "(4)", and the filing of any Security Agreement, as described above in paragraph "(2)", in the UCC filing office, as well as in any county recorder's office; (6) consents and agrees that any and all such filings described in paragraph "(4)" and "(5)" above are not, and may not be considered, bogus, and that User will not claim that any such filing is bogus; (7) waives all defenses; and (8)appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Party as set forth below under "Payment Terms" and "Default Terms", with full authorization and power granted Secured Party for engaging in any and all actions on behalf of User including, but not limited to, authentication of a record on behalf of User, as Secured Party, in Secured Party's sole discretion, deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest. User further consents and agrees with all of the following additional terms of Self-executing Contract/Security Agreement in Event of Unauthorized Use. **Default Terms**: In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date Invoice is sent, User shall be deemed in default and (a) all of User's property and interest in property pledged as collateral by User, as set forth in above in paragraph "(2)", immediately becomes, i.e. is, property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth above in paragraph "(8)"; and (c) User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's default, and without further notice, any and all of User's former property and interest in property, as described above in paragraph "(2)", formerly pledged as collateral by User, now property of Secured Party, in respect of this "Self-executing Contract/Security Agreement in Event of Unauthorized Use", that Secured Party, again in Secured Party's sole discretion, deems appropriate. **Terms for Curing Default**: Upon event of default, as set forth above under "Default Terms", irrespective of any and all of Users former property and interest in property in, the possession of, as well as disposed of by, Secured Party, as authorized above under "Default Terms", User may cure User's default re only the remainder of User's former property and interest in property formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of date of User's default only by payment in full. **Unauthorized use; payment terms**: in accordance with fees for unauthorized use of **JOSEPH LAMOND EVERETT**©™ as set forth above the user hereby consent and agrees that users shall pay secured party all un-authorized use fees in full within 10 days of date of secured party's invoice, hereinafter "invoice", itemizing said fees, as sent and received by tort feasor. **Terms of Strict Foreclosure**: User's non-payment in full of all unauthorized-use fees itemized in Invoice within said twenty- (20) day period for curing default as set forth above under "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining property and interest in property formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party upon expiration of said twenty (20) day strict-foreclosure period. Ownership subject to common-law copyright and UCC Financing Statement and Security Agreement filed with the UCC filing office. Record Owner: Secured Party/Creditor; Joseph Everett© Autograph Common Law Copyright 1990. Unauthorized use of any of "Joseph Everett©" incurs same unauthorized-use fees as those associated with JOSEPH LAMOND EVERETT© as set forth above paragraph "(1)" under "Self-executing Contract/Security Agreement in Event of Unauthorized Use."



by: _Joseph Everett_
Joseph Everett
Without prejudice, without recourse
The Grantor/Executor/Director/Heir/
Secured Party, Authorized, Representative Attorney-In-Fact on behalf
of **JOSEPH LAMOND EVERETT**©, Ens legis

ACKNOWLEDGEMENT

STATE OF MASSACHUSETTS )
                                              )  ss
~~BRISTOL~~ COUNTY )
Middlesex

Before Me, on this **15** day of **June** , 202**3** Joseph Everett, personally known to me (or proved to me on the basis of satisfactory evidence) to be the natural man described herein, whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on this instrument executed the instrument.  Purpose of Notary Public is for identification only, and not for entrance into any foreign jurisdiction

Notary Public _Cassidy Hogan_          Seal:

CASSIDY A. HOGAN
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
April 24, 2026

1 of 3    COMMON LAW COPYRIGHT NOTICE    JLE-20230915-CLCN

#8



**AFFIDAVIT OF PUBLICATION**

AFFIDAVIT OF PUBLICATION: #1264020
----------------------------------------------------

STATE OF MASSACHUSETTS
SS.
COUNTY OF MIDDLESEX

I, Kathy Malm, as publisher/agent of

The **Grafton News**

of Middlesex County, State of Massachusetts, state that
this newspaper is a qualified newspaper, published and of
general circulation in said county, was published in
regular edition of said paper, and that the notice of which
the annexed is a copy was published on the following
date(s):.

07/13/2023, 07/20/2023, 07/27/2023, 08/03/2023

_Kathy Malm_
Agent Signature

Subscribed and sworn to before me this

21st day of _August_, A.D. 20_23_.

_____
Notary Public

Advertising Fee: $81.94

STACI WOODS
Notary ID #131272683
My Commission Expires
September 7, 2025

1264020

9

# Bill of Sale

**Date of Sale:** January 23, 2024

**Seller:**
Name: Joseph L. Everett
Address: 154 Sagamore St

**Buyer:**
Name: Consumer Life Estate & Trust of Joseph Lamond Everett
Address: 1 Hardy Rd unit 312, Bedford, NH 03110

**Vehicle Information:**
Make: Mercedes Benz
Model: ML 350
Year: 2010
VIN: 4JGBB8G9AA601178
Mileage: 218,520

**Purchase Price:**
1 oz .999 FINE SILVER

**Terms and Conditions:**

1. The Seller certifies that the vehicle described above is being sold to the Buyer for the amount stated and that the Seller is the lawful owner of the vehicle.
2. The Seller guarantees that the vehicle is free from all liens and encumbrances.
3. The vehicle is sold "as-is" without any warranties, either expressed or implied.
4. The Buyer has inspected the vehicle and accepts it in its current condition.

**Signatures:**

*Joseph L Everett*

Joseph L. Everett (Seller)

*Joseph Lamond Everett*

Consumer Life Estate & Trust of Joseph Lamond Everett (Buyer)

Witness: _____ 1/23/24

Witness: _____ 1/23/24

I       Todd H. Prevett

of      Mont Vernon

do solemnly swear, that I will bear faith and true allegiance
to the United States of America and the state of New
Hampshire, and will support the constitutions thereof. So
help me God.

Signature.....

I,      Todd H. Prevett
do solemnly and sincerely swear and affirm that I will
faithfully and impartially discharge and perform all the
duties incumbent on me as

Justice of the New Hampshire Circuit Court

according to the best of my abilities, agreeably to the rules
and regulations of this constitution and laws of the state of
New Hampshire. So help me God.

Signature.....

State of New Hampshire
County of Merrimack ss.

On the eighteenth ...................... day of
October .................... two thousand and
twenty-one, the said Todd H. Prevett
took and subscribed the above oaths.

Before us,                Souzanne J. Sklasoony
                          Notary Public NH
My Commission Expires 5/19/2024
Justice of the Peace or Notary Public

Justice of the Peace or Notary Public

To be returned to the Office of the Secretary of State
State House, Room 204, 107 North Main St, Concord, NH 03301

September 15, 2021



RECEIVED

OCT 2 0 2021

NEW HAMPSHIRE
DEPARTMENT OF STATE

11

# Oath of Office

Town/City of:    AMHERST, NEW HAMPSHIRE

I Marc Frederick do solemnly and sincerely swear and affirm that I will bear faith and true allegiance to the United States of America and the state of New Hampshire, and will support the constitution thereof. So help me God.

I Marc Frederick do solemnly and sincerely swear and affirm that I will faithfully and impartially discharge and perform all the duties incumbent upon me as (write in POSITION/TITLE) Patrol Officer, for a term of _____ years, (for temporary election officials: for a term ending upon finalization of this election), according to the best of my abilities, agreeably to the rules and regulations of this Constitution and the Laws of the State of New Hampshire. So help me God.

(Any person who is scrupulous of swearing may omit the word "swear" and likewise the words, "So help me God," adding instead, "This I do under the pains and penalties of perjury.")

(Election Official/Appointee Signature)

3/12/24
(Date)

Sworn Before: Moderator, Town/City Clerk, Selectman or Justice of the Peace-Signature
RSA 42:2

NANCY A DEMERS
Sworn Before: Print Name

All individuals appointed to fill vacant elected positions serve until the following election, except when the law provides that they serve for the remainder of the vacant term.

Elected ☐  Appointed ☐  (If appointed: Need election official title and signature below)
(Please check one)
Term Expires: _____/_____/_____

Phone (_____) _____ - _____ W C H (Circle One) Phone (_____) _____ - _____ W C H (Circle One)

Address:_____     Appointed by:_____
_____              Appointed by:_____
                                       Appointed by:_____
E-Mail Address:

_____              Date Appointed: _____/_____/_____ 2018 v3

#12

# Oath of Office

Town/City of: *AMHERST, NEW HAMPSHIRE*

I *Hans Chapman* do solemnly and sincerely swear and affirm that I will bear faith and true allegiance to the United States of America and the state of New Hampshire, and will support the constitution thereof. So help me God.

I *Hans Chapman* do solemnly and sincerely swear and affirm that I will faithfully and impartially discharge and perform all the duties incumbent upon me as (write in POSITION/TITLE)
*Police Officer*, for a term of ____ years, (for temporary election officials: for a term ending upon finalization of this election), according to the best of my abilities, agreeably to the rules and regulations of this Constitution and the Laws of the State of New Hampshire. So help me God.

(Any person who is scrupulous of swearing may omit the word "swear" and likewise the words, "So help me God," adding instead, "This I do under the pains and penalties of perjury.")

_____
(Election Official/Appointee Signature)

_____
(Date)   5/8/2012

Sworn Before: Moderator, Town/City Clerk, Selectman or Justice of the Peace-Signature
RSA 42:2

*NANCY A DEMERS*
Sworn Before: Print Name

---

All individuals appointed to fill vacant elected positions serve until the following election, except when the law provides that they serve for the remainder of the vacant term.

Elected ☐   Appointed ☐   (If appointed: Need election official title and signature below)
(Please check one)
Term Expires: ____/____/_____

Phone (____) _____ - _____ W C H (Circle One) Phone (____) _____ - _____ W C H (Circle One)

Address:_____    Appointed by:_____
_____    Appointed by:_____
                                   Appointed by:_____
E-Mail Address:

_____    Date Appointed: ____/____/_____ 2018 v3



**DAN'S CITY AUTO BODY**
*Where Quality Is #1*
272 Sheffield Road
Manchester, NH 03103
(603) 669-3040

48479

## TOWING REPORT

13

| O W N E R | NAME |
|---|---|
| | ADDRESS |
| | CITY          STATE    ZIP |
| | PHONE |

**PAY METHOD**
❑ CASH
❑ CHECK #_____
❑ CREDIT CARD
❑ ON ACCOUNT

| DATE 8/10/24 | TIME 4/4 ❑ AM ❑ PM | REQUESTED BY Amherst PD | MILEAGE BEFORE TOW |
|---|---|---|---|

| YEAR 2010 | MAKE/MODEL/COLOR Mercedes ML350 |

| DRIVER JU | REGISTRATION NO. | LICENSE NO. |

| LOCATION OF VEHICLE 101 and Walnut H H | TOWED TO Dans city |

| **MILEAGE** | **SERVICE TIME** | **EXTRA TIME** |
|---|---|---|
| FINISH _____ | FINISH _____ | FINISH _____ |
| START _____ | START _____ | START _____ |
| TOTAL _____ | TOTAL _____ | TOTAL _____ |

**SPECIAL EQUIPMENT**

❑ SLING HOIST TOW
❑ WHEEL LIFT
❑ FLAT BED/RAMP
❑ START
❑ LOCK OUT

❑ FLAT TIRE
❑ OUT OF GAS
❑ WRECK
❑ RECOVERY
❑ Arrest

❑ SINGLE LINE WINCHING
❑ DUAL LINE WINCHING
❑ SNATCH BLOCKS
❑ SCOTCH BLOCKS
❑ Dolly

By signing below, I agree that I am the registered owner of this vehicle. I further agree to release, discharge, waive, indemnify and hold harmless Dan's City Towing against: all loss, damages, expense, and liability resulting from injury by entering the property. I acknowledge that it is my sole responsibility to evaluate carefully the risks inherent in visiting the Property and that I have fully considered those risks, including, without limitation, dangers posed by willful or negligent conduct of myself and/or by others. I hereby assume all risk of accidents, personal injury, death and property loss or damage sustained or incurred as a result of my presence at the Property. I HAVE BEEN ADVISED THAT MY VEHICLE MAY BE DAMAGED IF WINCHED, TOWED, UNLOCKED OR LEFT ON UNATTENDED PREMISES. I RECOGNIZE THE DIFFICULTY INVOLVED AND I AGREE NOT TO HOLD THE TOWING SERVICE RESPONSIBLE FOR SUCH DAMAGE SHOULD IT RESULT.

_____    _____
SIGNATURE OF CAR OWNER OR AGENT                DATE

**VEHICLE WILL NOT BE RELEASED UNTIL TOWING SERVICE IS PAID.**

| REMARKS | MILEAGE CHG. | |
|---|---|---|
| | TOWING CHG. | 225 |
| | LABOR CHG. | |
| | STORAGE CHG. | 120 |
| | Admin | 65 |
| | **SUBTOTAL** | |
| JU                        7/10/24 | TAX | |
| SIGNATURE OF TOW OPERATOR      DATE | **TOTAL** | 990 |
| AUTHORIZED SIGNATURE            DATE | | |